UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED

AUG 26 2019 LK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LAMON Weathers
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

officers colon, chibe,
velaze, and crammer,
nurse Loraine,
Dr. Wu,
Ten (10) other John
Doe officers

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:19-cv-05729
Judge Andrea R. Wood
Judge M. David Weisman
PC 5

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I. **Plaintiff(s):**

    A. Name: _____

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Crammer
       Title: officer
       Place of Employment: Cook County Jail

    B. Defendant: Nurse Loraine
       Title: nurse
       Place of Employment: Cook County Jail

    C. Defendant: Dr. Wu
       Title: Doctor
       Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant: Colon
Title: officer
Place of Employment: Cook County Jail

Defendant: Chibe
Title: officer
Place of Employment: Cook County Jail

Defendant: Velaze
Title: officer
Place of Employment: Cook County Jail

Defendant: Sgt. gotay
Title: Sergeant
Place of Employment: Cook County Jail.

2B

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: No. 19 CC 2499 Weathers vs State of Illinois

B. Approximate date of filing lawsuit: 7-9-18

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Lamont weathers

D. List all defendants: Dr. Wu

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Illinois Court of claims

F. Name of judge to whom case was assigned: Roger Riley commissioner

G. Basic claim made: negligence

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

I. **Plaintiff(s):**

A. Name: Lamon Weathers

B. List all aliases: _____

C. Prisoner identification number: Y-32586

D. Place of present confinement: Joliet Treatment Center

E. Address: 2848 W. McDonough Street Joliet IL

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Colon

Title: officer

Place of Employment: Cook County Jail

B. Defendant: Chibe

Title: officer

Place of Employment: Cook County Jail

C. Defendant: Velaze

Title: officer

Place of Employment: Cook Count Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 A

Revised 9/2007

IV. **Statement of Claim:** Pg 2

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 9, 2018 Lamon Weathers was an inmate at Cook County Jail where he suffered a broken bone (ripped) through his (Right) toe. He was taken to Mt. Siani Hospital where he was given a numbing agent for pain and stitches. He was also told by Doctor he was prescribing pain medication (tylenol 3). Weathers was returned back to Cook County Jail where he had to wait to see a doctor (which is protocal) from 1am until 6:50 am in which the numbing agent wore off preventing him from sleeping and causing excruciating pain. He was told by nurse (Jane Doe) that she could'nt give him prescribed meds by offsite specialist until he was seen by on-site Doctor. Weathers was seen by onsite Doctor that morning Dr. Wu looked upset and weathers asked why he had to wait so long for pain meds prescribed by specialist. Dr. Wu stated thats just how things is. Dr. Wu then

Next Page

4

Revised 9/2007

Statement claim pg 2

Stated you got one good leg now use the crutches to hop your nigga ass back to your division. Weathers was driven back to division 9 where he was placed in a holding (bullpen) and asked a Sgt Gotay to contact Cermak (cook county Jail Health care unit) and report what Dr. Lou had said to him and that he request to see another Doctor because he was still in pain and given no prescribed medication. Sgt Gotay stated that Dr. Lou made his decision and she would not contact anybody, also that Weathers could go back to his unit or get dragged back. Weathers laid on the floor. Sgt Gotay then ordered several officers to drag Weathers to his previous unit on. Weathers stated that he feared for his safety because the violence at the county Jail and him having a boot (medical) on his foot and crutches not being able to protect himself. Sgt Gotay again gave orders and officers (John Does) grabbed, pulled, and lifted Weathers aggresivdy while intentionly squeezing on his broken toe. Weathers screamed in pain on camera while Sgt Gotay did nothing.

After being put back on same unit Weathers made complaints of his safety and need for medical attention for his painful foot

Next Page

Statment claim pg 3

Later that evening he was called to nurse Laraine whom stated that Dr. wd did not order any medication for him and that she would give him 2 regular tylenols for now until he can see a Doctor to order prescribed meds by offsite specialist. weathers recieved a Disciplinary report that nite for refusing housing by Sgt gotay. The next day weathes complain about pain and not being able to sleep and was told he would be taken to segregation unit as punishment for report by sgt. gotay, which he knew was retiliation for complaint of medical treatment and his concerns for his safety at the jail. C/o colon came to escort him to segregation (punishment) unit on when he saw weathers had a boot on and crutches, C/o colon stated he would not carry or push weathers property for him and made accusations that weathers was faking. C/o colon also stated that he would call his officer buddies and give weathers a real reason to hop on crutches. Due to C/o colon threats weathers asked for crisis in which he saw Mental Health proffesional "Mr Branch and told him all the above. C/o colon stood there violating weathers confidaticlality and became upset and made more threats then called his buddies C/o chibe, C/o velaze, and C/o crammer. Several other officer (John Docs) then came.

Statment claim pg 4

c/o chibe, c/o velaze snatched weathers crutches away while c/o crammer, and c/o colon pulled weathers arms, threw him down in a rolling chair pulling both arms around the back of the chair and handcuffing him in this torture position causing excruciating pain and cutting off blood flow and cuts on wrist due to handcuffs being clamped as tight as they can go and officer intentionally twisting the cuffs. c/o crammer started stomping on weathers toes as weathers screamed out in pain. Several luetinents and sgts (John Does) were present and They are all on camera as well as above incident. weathers was then taken to segregation unit where he was thrown on top bunk in a cell with another inmate whom had the bottom bunk. weathers was denied any medical treatment and never recieved prescribed medication by offsite specialist.

1A). Sgt gotay is being sued in her individual and official capacity for excessive force and failure to protect

1. Dr. Wu is being sued in his individual and official capacity in which he knowingly and wantonly refuse to follow off-site specialist prescribed orders and after derogatory statements did not prescribe pain meds for plaintiff for excruciating pain showing deliberate Indifference to a serious medical need.

2. C/o Colon is being sued in his individual capacity in that he used excessive force against Plaintiff causing him to suffer cruel and unusual punishment / deliberate indifference.

3. C/o Chibe is being sued in his individual and official capacity for the use of force (excessive) and failure to protect Plaintiff from excessive force by others causing him to suffer cruel unusual punishment. Deliberate indifference.

4. C/o Velaze is being sued in his individual and official Capacity for the use of excessive force and failure to protect plaintiff from excessive force used by fellow officers causing him cruel + unusual punishment / D.I.

5. C/o Crammer is being sued in his individual and official Capacity for the use of excessive force and failure to protect plaintiff from excessive force of fellow officers.

6. All (John Doe) Sgts and luetinents whom were present are being sued in individual and official capacity for failure to protect. Deliberate Indifference.

Lamonweathers #86
Joliet treatment Center
2848 W. McDonough Street
Joliet IL 60436



This correspondence is from an inmate of the Illinois Department of Corrections

U.S. POSTAGE >> PITNEY BOWES
ZIP 60436 $001.30
02 4W
0000356457 AUG 20 2019

2019 AUG 26 AM 8:19

1:19-cv-05729
Judge Andrea R. Wood
Judge M. David Weisman
PC 5



08/26/2019-19

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois, 60604